UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGEL DELAO, <br><br> Plaintiff, <br><br> v. <br><br> BARCLAY PIERSON ET AL., <br><br> Defendants. | CASE NO. 2:24-cv-01620-JHC-MLP <br><br> ORDER |

The Court issued a notice of filing deficiency and directed Plaintiff to file a correct application to proceed *in forma pauperis* and a certified copy of Plaintiff's prison trust account statement by November 7, 2024. Dkt. # 3. Because Plaintiff has not filed either of these documents, the Court dismisses this case without prejudice.

Dated this 22nd day of November, 2024.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1