UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANGEL DELAO,

          Plaintiff,

    v.

BARCLAY PIERSON ET AL.,

          Defendants.

CASE NO. 2:24-cv-01620-JHC-MLP

ORDER

      Before the Court is Plaintiff's Motion to Amend the IFP application. Dkt. # 6. For the reasons below, the Court DENIES the motion.

      On September 13, 2024, Plaintiff filed an application to proceed in forma pauperis (IFP). Dkt. # 1. On October 8, 2024, the Court issued a notice of filing deficiency and directed Plaintiff to file a correct IFP application and a certified copy of Plaintiff's prison trust account statement by November 7, 2024. Dkt. # 3. Plaintiff did not timely file either of these documents. *See generally* Dkt. The Court thus dismissed the case without prejudice and entered a final judgment on November 22, 2024. Dkt. ## 4, 5. Following the Court's order, Plaintiff did not file a timely notice of appeal, motion for reconsideration, or any other document that would extend the life of

ORDER - 1

1  the case. *See generally* Dkt. Accordingly, the case was, and has remained, closed since

2  November 22, 2024.

3  Despite the case being closed for about ten months, Plaintiff filed a Motion to Amend the

4  IFP application on September 30, 2025. Dkt. # 6. In the Motion, Plaintiff asks the Court to

5  "amend and update" the IFP application because they were on a psychotic drug that "affected

6  their ability to make dates." *Id.* As Plaintiff's case was closed on November 22, 2024,

7  Plaintiff's Motion to Amend is untimely. If Plaintiff is instead asking the Court to reconsider its

8  prior order and/or reopen the case, the request is also denied, as the Court does not find that the

9  high standards for altering or amending a judgment or granting relief from a judgment are

10  satisfied here. *See* Fed. R. Civ. P. 59, 60. The Court also notes that because the case was

11  dismissed without prejudice, Plaintiff is not precluded from filing a new action and moving to

12  proceed IFP in that action.

13  Based on the above, it is hereby ORDERED that Plaintiff's Motion (Dkt. # 6) is DENIED

14  and the case shall remain closed.

15  Dated this 21st day of October, 2025.

16

17  John H. Chun
United States District Judge

18

19

20

21

22

23

24

ORDER - 2